IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOSES J. HERNANDEZ,

        Plaintiff,                    No. CIV S-09-1379 DAD

        v.

MICHAEL J. ASTRUE,             <u>ORDER</u>
Commissioner of Social Security,

        Defendant.

_____/

        Plaintiff commenced this action on May 18, 2009. On September 12, 2009, defendant filed a timely answer to plaintiff's complaint and lodged a copy of the administrative record. Plaintiff's time to file a motion for summary judgment was extended by stipulation and order initially to January 19, 2010, subsequently to March 23, 2010, and finally to April 23, 2010. Plaintiff's motion for summary judgment is now three weeks overdue under that latest extension of time granted by this court.

        Plaintiff will be granted a final extension of time to July 6, 2010, to file the motion for summary judgment and/or remand that was initially due 45 days after September 12, 2009. The court will not entertain any application, request, motion, or stipulation for a further extension of time for this purpose.

/////

1  IT IS HEREBY ORDERED that plaintiff's time to file a motion for summary
2  judgment and/or remand in this case is extended to 5:00 p.m. on July 6, 2010. This is plaintiff's
3  final extension of time for this purpose. Plaintiff's failure to file the required motion by 5:00
4  p.m. on July 6, 2010 will result in dismissal of the action for lack of prosecution.
5  DATED: May 17, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/hernandez1379.final.ext