```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    DANIEL P. TALBERT
 4  Special Assistant United States Attorney
          333 Market Street, Suite 1500
 5        San Francisco, California 94105
 6        Telephone: (415) 977-8926
          Facsimile: (415) 744-0134
 7        E-Mail: Daniel.Talbert@ssa.gov
 8
 9  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MOSES HERNANDEZ,<br>    Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | Case No. 2:09-CV-01379-DAD<br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that the previously filed Equal Access to Justice Act (EAJA) application is hereby withdrawn.

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND dollars and 0 cents ($5,000.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's

Stip. & Order for EAJA                    1

attorney. Pursuant to Astrue v. Ratliff, 130 S. Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted April 28, 2011.

Respectfully submitted,

Dated: April 28, 2011         */s/ Bess M. Brewer*
                              (As authorized via email)
                              BESS M. BREWER
                              Attorney for Plaintiff


                              BENJAMIN B. WAGNER
                              United States Attorney

Date: April 28, 2011          By *s/ Daniel P. Talbert*
                              DANIEL P. TALBERT
                              Special Assistant U. S. Attorney

                              Attorneys for Defendant Michael J. Astrue

/ / / /

/ / / /

Stip. & Order for EAJA                    2

<u>ORDER</u>

Pursuant to the parties' stipulation, plaintiff's motion for attorney's fees (Doc. No. 28) is deemed withdrawn and plaintiff is awarded attorney fees in the amount of $5,000.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), subject to the terms of the parties' stipulation.

IT IS SO ORDERED.

DATED: April 28, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
hernandez1379.stipord.attyfees.EAJA